**TIMOTHY J. CAVAN**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**2601 2nd Avenue North, Suite 3200**
**Billings, MT 59101**
**Phone: (406) 247-4674**
**FAX: (406) 657-6058**
**Email: tim.cavan@usdoj.gov**

**ATTORNEY FOR DEFENDANT**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## GREAT FALLS DIVISION

| | |
|---|---|
| **AUSTIN MANY HIDES,** | |
| **Plaintiff,** | **CV 14-49-GF-BMM** |
| **vs.** | **JOINT STIPULATION** |
| **UNITED STATES OF AMERICA** | **FOR DISMISSAL** |
| **Defendant.** | |

IT IS HEREBY STIPULATED AND AGREED by and between the plaintiff, Austin Many Hides and the defendant, United States of America, acting by and through their respective counsel of record, that the claims of plaintiff against the United States, may be dismissed with prejudice as fully compromised and settled on the merits, each party to bear their own costs and expenses.

**DATED** this 22nd day of July, 2016.

                                                    **MICHAEL W. COTTER**
**United States Attorney**

**/s/ Timothy J. Cavan**
**Assistant U.S. Attorney**
**Attorney for Defendant**

**FLAHERTY LAW OFFICE**

**/s/ Paul Gallardo**
**Attorneys for Plaintiff**